# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| THE CASCADES LAKE TOWERS CONDOMINIUM ASSOCIATION INC,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM LLOYDS,<br><br>Defendant. | Case No. 6:21-cv-204-JDK |

## ORDER OF DISMISSAL

Before the Court is the parties' Joint Stipulation of Dismissal (Docket No. 22). In accord with the parties' stipulation, all pending claims in this case are **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

All pending motions are **DENIED** as moot.

The Clerk of Court is instructed to close this case.

So **ORDERED** and **SIGNED** this **17th** day of **May, 2022.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE